**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>RAMON BARAJAS-GALLEGOS,<br><br>                    Defendant. | Case No.: 15-CR-2608-JLS<br><br>**ORDER AND JUDGMENT OF<br>DISMISSAL WITHOUT PREJUDICE** |

Upon motion of the United States of America,

IT IS HEREBY ORDERED that the Indictment against defendant RAMON BARAJAS-GALLEGOS in the above-entitled case be dismissed without prejudice.

IT IS SO ORDERED.

Dated:  October 27, 2015

Hon. Janis L. Sammartino
United States District Judge